UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARDS TERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:16CV01268 AGF |
| ) | |
| JEROME FIELDS, et al., ) | |
| ) | |
| Defendants. ) | |

# **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion seeking seven subpoenas for medical records, notes, and prison reports from Defendant Jerome Fields, and several non-parties. By Memorandum and Order dated December 13, 2016, the Court directed Plaintiff to fill out subpoena forms sent to him with a copy of the Memorandum and Order, and return them to the Court, within 30 days, for service, along with a memorandum that explained for each subpoena (1) to whom the subpoena was to be issued; (2) the specific documents sought; (3) why the documents sought were relevant to his case, where this was not self-evident; and (4) why he believed the entity or individual subpoenaed had the relevant documents. The Court cautioned Plaintiff that failure to comply with the Memorandum and Order would result in the denial without prejudice of his motion for subpoenas.

As of this date, Plaintiff has not returned any completed subpoena forms. The Court will therefore, deny his motion for subpoenas as moot. Should Plaintiff ask the Court in the future to issue subpoenas for him in this case, he must provide the four items of information set forth above.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion seeking subpoenas is **DENIED** as moot. (Doc. No. 21.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 19th day of January, 2017